UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHARNEE BROWN,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No. 2:25-cv-00918-NJK

**ORDER**

[Docket No. 1]

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. The application is incomplete. For example, for Question 2 the application does not identify Plaintiff's employer and address, nor does it provide the source and amount of money received as disability or worker's compensation payments. *Id.* at 1. The application also does not identify any assets and their value in response to Question 5, despite appearing to identify ownership of a house and three vehicles in response to Question 6. *Id.* at 3.

Accordingly, Plaintiff's application to proceed *in forma pauperis*, Docket No. 1, is **DENIED** without prejudice. No later than **June 13, 2025**, Plaintiff must either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial information; or (2) pay the $405 fee for filing a civil action. Any renewed application must be submitted on the long-form and must be filled out completely. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE.**

The Clerk's Office is **INSTRUCTED** to send Plaintiff the long-form application to proceed *in forma pauperis* by a non-prisoner.

IT IS SO ORDERED.

Dated: May 29, 2025

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge