# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHARNEE BROWN,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendant(s).

Case No. 2:25-cv-00918-NJK

**ORDER**

Because Plaintiff paid the filing fee, Docket No. 7, the Court will not screen the complaint pursuant to 28 U.S.C. § 1915(e). Plaintiff is **ORDERED** to effectuate service of the complaint by September 1, 2025. *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated:  June 4, 2025

                                                     _____
Nancy J. Koppe
United States Magistrate Judge