**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Sharnee Brown, | Case No. 2:25-cv-00918-NJK[1] |
| Plaintiff(s), | |
| v. | **ORDER** |
| | [Docket No. 69] |
| Las Vegas Metropolitan Police Department, et al., | |
| Defendant(s). | |

On March 23, 2026, the Court granted summary judgment and judgment on the pleadings for Defendants. Docket No. 67. Now pending before the Court is a stipulation to dismiss without prejudice the AEG Defendants' crossclaim with each of the parties to bear their own fees and costs. Docket No. 69. That stipulation to dismiss is **GRANTED**.

As there remain no outstanding claims in this case, the Clerk's Office is **INSTRUCTED** to enter judgment for Defendants and to **CLOSE** this case.

IT IS SO ORDERED.

Dated: March 30, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

_____

[1] This case is proceeding before the undersigned magistrate judge as part of the opt-out consent program. *See* Docket Nos. 4-5; *see also* Gen. Order 2023-11.

1